IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-10770
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ALFREDO ALVAREZ CAMARENA,
also known as Alfredo Alvarez,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:97-CR-75-1-Y
- - - - - - - - - -

June 15, 1999

Before EMILIO M. GARZA, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

    Alfredo Alvarez Camarena appeals his jury conviction for conspiracy to distribute methamphetamine. Appellant argues that the district court abused its discretion when it denied his motion for new trial on the basis of newly discovered evidence.

    We have reviewed the record and the briefs of the parties and hold that the district court did not abuse its discretion in denying the motion for new trial. United States v. Jaramillo, 42 F.3d 920, 924 (5th Cir. 1995); United States v. Time, 21 F.3d 635, 642-43 (5th Cir. 1994).

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.